# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN WIESNER, AND ON BEHALF OF MINOR WIESNER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE T. ARTHUR RITCHIE, JR., DISTRICT JUDGE,
Respondents,
  and
STEVEN GRIERSON; AND WENDY WILKINSON,
Real Parties in Interest.

No. 64304

FILED

SEP 2 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on October 30, 2013, without payment of the requisite filing fee. On November 19, 2014, this court issued an order directing petitioner to submit an affidavit in support of her request to proceed in forma pauperis within ten days or the petition would be dismissed. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, the motion is denied and this petition is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

---

[1] In light of this disposition, any pending motions or documents are rendered moot.

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
DeAnn Justine Wiesner
Attorney General/Carson City
Eighth District Court Clerk